```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

RICHARD ARTHUR SCHMIDT,          :
                                 :   Civil Action No. 11-5057 (RBK)
            Petitioner,          :
                                 :
       v.                        :   **MEMORANDUM OPINION**
                                 :
DONNA ZICKEFOOSE,                :
                                 :
            Respondents.         :

**APPEARANCES:**

Petitioner pro se
Richard Arthur Schmidt
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ  08640

**KUGLER**, District Judge

　　Petitioner Richard Arthur Schmidt, a prisoner confined at the Federal Correctional Institution at Fort Dix, New Jersey, has filed a Petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, challenging, inter alia, the jurisdiction of the court that convicted him.

　　The filing fee for a petition for writ of habeas corpus is $5.00.  Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing.  Pursuant to Local Civil Rule 81.2(b), whenever a prisoner submits a petition for writ of habeas and seeks to proceed in forma pauperis, that petitioner must submit (a) an affidavit setting forth information which establishes that the

petitioner is unable to pay the fees and costs of the proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoners institutional account during the six-month period prior to the date of the certification.  If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed <u>in forma pauperis</u>.  Local Civil Rule 81.2(c).

Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did Petitioner submit an application for leave to proceed <u>in forma pauperis</u>.

## CONCLUSION

For the reasons set forth above, the Clerk of the Court will be ordered to administratively terminate the Petition without prejudice.  Petitioner will be granted leave to move to re-open within 30 days, by either prepaying the filing fee or submitting a complete application for leave to proceed <u>in forma pauperis</u>.

An appropriate Order will be entered.

s/Robert B. Kugler<br>
Robert B. Kugler<br>
United States District Judge

Dated: September 7, 2011